ALEXANDER G. CALFO (SBN 152891)
   ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
   KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   ganderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 362-7777
Facsimile:      (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., JOHNSON &
JOHNSON (erroneously sued as "Johnson &
Johnson, Inc."), and DEPUY
INTERNATIONAL LIMITED (erroneously sued
as "DePuy International, Ltd.")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS J. HERMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO. CV12-03887-EMC<br><br>[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS<br><br>   AND RESETTING CMC |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff DENNIS J. HERMAN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in

this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended pending entry of a Scheduling Order in the MDL court addressing the sequencing and processing of future remand motions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The CMC is reset from 10/26/12 to 4/5/13 at 9:00 a.m.

Dated: ___7/31___, 2012



_____
Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777